# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RILEY III,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ANDRE MATEVOUSIAN,<br><br>　　　　Respondent. | Case No. 1:18-cv-00323-SAB-HC<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS |

　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　On March 7, 2018, the Court received a letter wherein Petitioner stated that the required filing fee is "coming via check from my inmate checking account, and could take up to two (2) weeks." (ECF No. 2). As of the date of this order, Petitioner has not paid the $5.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　Accordingly, IT IS HEREBY ORDERED that within THIRTY (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $5.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within SIXTY (60) days of the date of service of this order, Petitioner shall submit a certified copy of his prison trust

statement for the six-month period immediately preceding the filing of the petition. **Failure to comply with this order will result in a recommendation for dismissal of this action.**

IT IS SO ORDERED.

Dated:  **April 6, 2018**

_____
UNITED STATES MAGISTRATE JUDGE