# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RILEY III,<br><br>    Petitioner,<br><br>    v.<br><br>ANDRE MATEVOUSIAN,<br><br>    Respondent. | Case No. 1:18-cv-00323-SKO-HC<br><br>ORDER OF REASSIGNMENT |

The Court finds the necessity for reassignment of the above-captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

1. The above-captioned case shall be and is hereby **REASSIGNED** from **Magistrate Judge Stanley A. Boone** to **Magistrate Judge Sheila K. Oberto** for all further proceedings. The new case number for this action, which must be used on all documents filed with the Court, is: 1:18-cv-00323-SKO; and

2. All dates currently set in this reassigned action shall remain pending subject to further order of the Court.

IT IS SO ORDERED.

Dated: __April 25, 2018__           __/s/ Lawrence J. O'Neill_____
                                         UNITED STATES CHIEF DISTRICT JUDGE